** COUNTY COMMISSIONERS — PROPERTY — CONVEYANCES ** THE COUNTY COMMISSIONERS OF MURRAY COUNTY MAY 'NOT' CONVEY REAL PROPERTY TO SULPHUR BELONGING TO SAID COUNTY TO INDEPENDENT SCHOOL DISTRICT I-1, SULPHUR, OKLAHOMA, FOR A SCHOOL DISTRICT BUILDING SITE WITHOUT ACCEPTING BIDS FROM THE GENERAL PUBLIC FOR SUCH PROPERTY. (GIVE, GRANT, SCHOOL, COUNTY PROPERTY) CITE: 19 O.S. 339 [19-339], 74 O.S. 1001 [74-1001] (1967), 74 O.S. 1004 [74-1004] 19 O.S. 344 [19-344], 19 O.S. 343 [19-343] (W. J. MONROE) ** SEE: OPINION NO. 74-138 (1974) **